No. 02–898. FIESEL *v.* CHERRY ET AL. C. A. 5th Cir. Certiorari denied.

No. 02–899. FRIDLEY ET UX. *v.* HORRIGS ET AL. C. A. 6th Cir. Certiorari denied.

No. 02–903. GRYL ET AL., FOR THE BENEFIT OF SHIRE PHARMACEUTICALS GROUP PLC *v.* SHIRE PHARMACEUTICALS GROUP PLC ET AL. C. A. 2d Cir. Certiorari denied.

No. 02–904. FLEMING & ASSOCIATES, L. L. P., ET AL. *v.* FASTOW ET AL. C. A. 5th Cir. Certiorari denied.

No. 02–905. GENERAL COMMITTEES OF ADJUSTMENT GO–386 AND GO–245 OF THE UNITED TRANSPORTATION UNION ET AL. *v.* BURLINGTON NORTHERN & SANTA FE RAILWAY CO. ET AL. C. A. D. C. Cir. Certiorari denied.

No. 02–909. THREE O REALTY LLC *v.* NEW YORK STATE URBAN DEVELOPMENT CORPORATION, DBA EMPIRE STATE DEVELOPMENT CORPORATION, ET AL.; and
No. 02–910. WEST 41ST STREET REALTY LLC ET AL. *v.* NEW YORK STATE URBAN DEVELOPMENT CORPORATION, DBA EMPIRE STATE DEVELOPMENT CORPORATION, ET AL. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied. Reported below: 298 App. Div. 2d 1, 744 N. Y. S. 2d 121.

No. 02–911. POLO RALPH LAUREN CORP. ET AL. *v.* BELEKIS ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–916. LITOWITZ *v.* LITOWITZ. Sup. Ct. Wash. Certiorari denied.

No. 02–917. COLEMAN ET AL. *v.* AMERICAN TYPE CULTURE COLLECTION, INC. Sup. Ct. Tex. Certiorari denied.

No. 02–919. DESSASAU, AKA GREEN *v.* COOK, DIRECTOR, AGENCY FOR HEALTH CARE, ET AL. C. A. 11th Cir. Certiorari denied.